1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   MICHAEL STEVENS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| **UNITED STATES OF AMERICA**, | Cr. S-04-289 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **MICHAEL STEVENS**, | |
| Defendant(s). | Hon. William B. Shubb |

18                          **STIPULATION**

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Matthew Segal, and defendant Michael Stevens, by and through his counsel, Hayes H.

21 Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action,

22 May 11, 2005, and to continue the matter to, June 15, 2005, at 9:00 a.m.

23     The reason for this continuance is that the government is in possession of information which

24 requires further investigation.  The parties are not in a position to resolve this case until it is

25 determined what benefit the defendant may receive as a result of the provided information.  Further,

26 defense counsel requires additional time to obtain and review court documents relating to the

27 defendant's prior record to determine whether he is a career criminal.

28     The parties further agree and stipulate that the period for the filing of this stipulation until

June 15, 2005, should be excluded in computing time for commencement of trial under the Speedy

Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for .effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: May 10, 2005

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant

DATE: May 10, 2005

        s/Matthew Segal
**MATTHEW SEGAL**
Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to June 15, 2005, at 9:00 a.m. The court finds excludable time in this matter from May 11, 2005 through June 15, 2005, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: May 10, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE