1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   MICHAEL STEVENS
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | Cr. S-04-289 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **MICHAEL STEVENS**, | |
| Defendant(s). | Hon. William B. Shubb |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Segal, and defendant Michael Stevens, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, July 13, 2005, and to continue the matter to August 17, 2005, at 9:00 a.m.

The reason for this continuance is that the government is in possession of information which requires further investigation. The case agent was recently reassigned and a new case agent has taken over and needs time to investigate the informantion. The parties are not in a position to resolve this case until it is determined what benefit the defendant may receive as a result of the provided information. The parties further agree and stipulate that the period for the filing of this stipulation until August 17, 2005, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)

and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the interest of justice served by granting this continuance exceeds the interest of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: July 8, 2005

                    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant

DATE: July 8, 2005

                    s/Matthew Segal
**MATTHEW SEGAL**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to August 17, 2005, at 9:00 a.m. The court finds excludable time in this matter from July 13, 2005 through August 17, 2005, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: July 11, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE