1 | MCGREGOR W. SCOTT
United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708



**FILED**

AUG 1 8 2005

LERK, U S. DISTRICT COURT
ERN DISTRICT OF CALIFOR...

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )    CASE NO. CR S 04-289 WBS
                                    )
11 |                 Plaintiff,      )
                                    )    STIPULATION OF EXCLUDABLE
12 |    v.                           )    TIME
                                    )
13 | MICHAEL STEVENS,                )
                                    )
14 |                 Defendant.      )
    _____)

15

16          The parties stipulate that the time beginning August 17,

17  2005 and extending through September 7, 2005 should be excluded

18  from the calculation of time under the Speedy Trial Act.  The

19  parties stipulate that the ends of justice are served by the

20  Court excluding such time, so that counsel for the defendant may

21  have reasonable time necessary for effective preparation, taking

22  into account the exercise of due diligence, and so that the

23  defendant may have continuity of counsel.  18 U.S.C. §

24  3161(h)(8)(B)(iv).  Specifically, counsel needs time to negotiate

25  a proposed plea agreement and other information material to the

26  possible sentence in this case.  Further, counsel for the

27  defendant is at this time unavailable due to a murder trial in

28  state court.  The parties stipulate and agree that the interests

1

1  of justice served by granting this continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. 18
3  U.S.C. § 3161(h)(8)(A).

4

5                              Respectfully Submitted,

6                              McGREGOR W. SCOTT
                               United States Attorney
7

8
   DATE: August 17, 2005       By:    /s/ Matt Segal
9                                     MATTHEW D. SEGAL
                                      Assistant U.S. Attorney
10

11
   DATE: August 17, 2005
12                             HAYES H. GABLE, III
                               Attorney for Michael Stevens
13

14
                               **SO ORDERED.**
15

16 DATE: 8/17/2005

17                             HON. WILLIAM B. SHUBB
                               U.S. District Judge
18

19

20

21

22

23

24

25

26

27

28

                                    2