**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

# IN THE UNITED STATES DISTRICT

# COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 04-CR-00289 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF ATTORNEY** |
| vs. | ) | |
| | ) | |
| MICHAEL L. STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, MICHAEL L. STEVENS, by and through his current attorney of

Record, Hayes H. Gable, hereby substitutes Johnny L. Griffin III and the Law Offices of

Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as

his Attorney of Record in place and stead of Attorney Hayes Gable.


Dated: November 9, 2005          /s/ Hayes H. Gable
                                 HAYES H. GABLE
                                 Attorney at Law


Dated: November 9, 2005          /s/ Michael L. Stevens
                                 MICHAEL L. STEVENS
                                 Defendant

PDF created with pdfFactory trial version www.pdffactory.com

1    I accept the above substitution.

2

3    Dated:  November 9, 2005          _/s/ Johnny L. Griffin, III___
                                       JOHNNY L. GRIFFIN, III
4                                      Attorney at Law

5

6    **IT IS SO ORDERED.**

7

8    Dated:        November 18, 2005

9                                      WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUBSTITUTION OF ATTORNEY - 2

PDF created with pdfFactory trial version www.pdffactory.com