**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
MICHAEL L. STEVENS

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) CR No. S-04-289 WBS |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS** |
| v. | ) **CONFERENCE** |
| | ) |
| | ) Date: November 23, 2005 |
| MICHAEL L. STEVENS | ) Time: 9:00 a.m. |
| Defendant. | ) Honorable William B. Shubb |
| | ) |

The United States of America, by and through Assistant U.S. Attorney Matthew D. Segal, and Defendant MICHAEL L. STEVENS, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from November 23, 2005 at 9:00 a.m. to January 25, 2006 at 9:00 a.m., [1] to allow counsel for Defendant additional time to review and discuss discovery with his

---

1. The parties have been advised by this Court's Clerk January 25, 2006 at 9:00 a.m. is an available date and time for a status conference on this matter.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

client, conduct necessary legal research and defense investigation.[2]  In addition, the parties

agree and stipulate that time be excluded from November 23, 2005 to January 25, 2006

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: November 22, 2005          Respectfully submitted,

                                    /s/ Matthew D. Segal
                                  MATTHEW D. SEGAL[3]
                                  Assistant U.S. Attorney

Dated: November 22, 2005           /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for MICHAEL L. STEVENS

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court

hereby finds that the failure to grant a continuance in this case would deny Defendant's

counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. The Court specifically finds that the ends of justice are served by

the granting of such continuance and outweigh the interests of the public and the

Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court

hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  November 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] On November 18, 2005 the Court ordered Johnny L. Griffin, III to substitute in as Defendant's counsel.
[3] Assistant United States Attorney Matthew D. Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Stevens
CR No. S-04-00289 WBS
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com