**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Attorneys for Defendant
MICHAEL L. STEVENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MICHAEL L. STEVENS,<br><br>                    Defendant. | Case No. CR S-04-289-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE JUDGEMENT**<br>**AND SENTENCING, HEARING ON**<br>**DEFENDANT'S BRIEF, AND MODIFIED**<br>**BRIEFING SCHEDULE**<br><br>Date: May 29, 2007<br>Time: 9:30 a.m.<br>Court: Hon. William B. Shubb. |

Defendant MICHAEL L. STEVENS, by and through his attorney, Johnny L. Griffin, III, and the United States of America, by and through Assistant U.S. Attorney Matthew D. Segal, hereby agree and stipulate to continue the judgment and sentencing and hearing on Defendant's Brief regarding the adverse consequences of the 100-to1 ratio disparity between cocaine base and powder cocaine, in the above captioned case from April 2, 2007 to May 29, 2007[1]. This continuance is necessary to allow counsel for Defendant additional time to review and discuss discovery with his client, and draft and file the Memorandum of Points and Authorities in Support of Defendant's Brief.

---

[1] The parties have been advised by this Court's Clerk May 29, 2007 at 9:30 a.m. is an available date and time for sentencing and a hearing on this matter.

The parties have agreed to adhere to the following modified briefing schedule:[2]

| Pleading | Filing Deadline |
| --- | --- |
| Defendant's Brief | 04/23/07 |
| Government's Opposition | 05/07/07 |
| Defendant's Reply to Government's Opposition | 05/14/07 |

Dated: March 28, 2007                Respectfully submitted,

   /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for MICHAEL STEVENS

Dated: March 28, 2007                Respectfully submitted,

   /s/ Matthew D. Segal
MATTHEW D. SEGAL[3]
Assistant United States Attorney

ORDER

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] The United States Government, by stipulating to the briefing schedule is not waiving the argument that the defendant's brief is itself a breach of the plea agreement.

[3] Assistant United States Attorney Matthew D. Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com