**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Attorneys for Defendant
MICHAEL L. STEVENS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL L. STEVENS,<br><br>　　　　Defendant. | Case No. CR S-04-289-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JUDGMENT AND SENTENCING, HEARING, AND MODIFIED BRIEFING SCHEDULE**<br><br>Date:  May 29, 2007<br>Time:  8:30 a.m.<br>Court:  Hon. William B. Shubb. |

　　　　Defendant MICHAEL L. STEVENS, by and through his attorney, Johnny L. Griffin, III, and the United States of America, by and through Assistant U.S. Attorney Matthew D. Segal, hereby agree and stipulate to continue Judgment and Sentencing and the hearing on Defendant's motion regarding the 100-to-1 crack cocaine disparity, and to modify the current briefing schedule, in the above captioned case from May 29, 2007 to June 18, 2007 at 8:30 a.m[1]. Defense counsel is not able to abide by the previous briefing schedule because he is in trial on a criminal in-custody homicide jury trial in the case of *People v. Wisdom Ofoe*, Sacramento County Superior Case Number 05F09015.  The case is a Special Circumstance

---

[1] The parties have been advised by this Court's Clerk June 18, 2007 at 8:30 a.m. is an available date and time for sentencing and a hearing on this matter.

PDF created with pdfFactory trial version www.pdffactory.com

homicide case in which the defendant has entered a plea of not guilty by reason of insanity.[2] The trial is expected to last approximately five weeks. This continuance is necessary to allow counsel for Defendant additional time to draft and file the Memorandum of Points and Authorities in Support of Defendant's Brief.

The parties have agreed to adhere to the following modified briefing schedule:[3]

| Pleading | Filing Deadline |
| --- | --- |
| Defendant's Brief | 05/29/07 |
| Government's Opposition | 06/04/07 |
| Defendant's Reply to Government's Opposition | 06/11/07 |

Dated: April 26, 2007                    Respectfully submitted,

  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for MICHAEL STEVENS

Dated: April 26, 2007                    Respectfully submitted,

  /s/ Matthew D. Segal
MATTHEW D. SEGAL[4]
Assistant United States Attorney

---

[2] The Sacramento County District Attorney's Office is not seeking the death Penalty.

[3] The United States Government, by stipulating to the briefing schedule is not waiving the argument that the defendant's brief is itself a breach of the plea agreement.

[4] Assistant United States Attorney Matthew D. Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

PDF created with pdfFactory trial version www.pdffactory.com

1
2                                    ORDER
3      Based on these findings and pursuant to the stipulation of the parties, the Court
4  hereby adopts the stipulation of the parties in its entirety as its order.
5      **IT IS SO ORDERED.**
6
7      Dated: April 27, 2007

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com