1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III  (SBN 118694)**
2  **SILKY SAHNAN (SBN 242850)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4  Facsimile: (916) 444-5558
   Attorneys for Defendant
5  MICHAEL L. STEVENS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | Case No. CR S-04-289-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| MICHAEL L. STEVENS, ) | Date:  May 19, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Court:  Hon. William B. Shubb. |

Defendant MICHAEL L. STEVENS, by and through his attorney, Johnny L. Griffin III, and the United States of America, by and through Assistant U.S. Attorney Matthew D. Segal, hereby stipulate and agree that the status conference in the above captioned case be continued from May 19, 2008 to **May 27, 2008 at  8:30 a.m.**  This continuance is requested to allow counsel for Defendant additional time to meet with Defendant concerning the issues raised in his letter filed with the Court on April 10, 2008.

Dated: May 15, 2008                                   Respectfully submitted,

                                                      /s/ Johnny L. Griffin, III
                                                      JOHNNY L. GRIFFIN, III
                                                      Attorney for MICHAEL STEVENS

1
2  Dated: May 15, 2008                    Respectfully submitted,
3
                                           /s/ Matthew D. Segal
4                                          MATTHEW D. SEGAL[1]
                                           Assistant United States Attorney
5
6
                                         ORDER
7
      Based on these findings and pursuant to the stipulation of the parties, the Court
8
   hereby adopts the stipulation of the parties in its entirety and orders that the status
9
   conference in the above captioned case be continued from May 19, 2008 to **May 27, 2008**
10
   **at  8:30 a.m.**   .
11
        **IT IS SO ORDERED.**
12
13 Dated:    May 15, 2008
14
                                         WILLIAM B. SHUBB
15                                       UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
   ---
   [1] Assistant United States Attorney Matthew D. Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.