1 **LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
2 **SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
3 Sacramento, California 95814
Telephone: (916) 444-5557
4 Facsimile: (916) 444-5558
Attorneys for Defendant
5 MICHAEL L. STEVENS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| THE UNITED STATES OF AMERICA, | ) Case No. CR S-04-289-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO CONTINUE STATUS** |
| vs. | ) **CONFERENCE** |
| MICHAEL L. STEVENS, | ) Date:  May 27, 2008 |
|  | ) Time:  8:30 a.m. |
| Defendant. | ) Court:  Hon. William B. Shubb. |

Defendant MICHAEL L. STEVENS, by and through his attorney, Johnny L. Griffin III, and the United States of America, by and through Assistant U.S. Attorney Matthew D. Segal, hereby stipulate and agree that the status conference in the above captioned case be continued from May 27, 2008 to **June 23, 2008 at 8:30**[1]. This continuance is requested because counsel for Defendant will be leaving May 27, 2008 to travel out of state for a family medical matter. Additionally, counsel for Defendant needs additional time to meet with Defendant concerning the issues raised in his letter filed with the Court on April 10, 2008.

---

[1] The parties have been advised by this Court's Clerk that June 23, 2008 at **8:30 a.m.** is an available date and time for a status conference on this matter.

1  Dated: May 21, 2008                    Respectfully submitted,

2                                           /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
3                                         Attorney for MICHAEL STEVENS

4

5

6
   Dated: May 21, 2008                    Respectfully submitted,
7
                                            /s/ Matthew D. Segal
8                                         MATTHEW D. SEGAL[2]
                                          Assistant United States Attorney
9

10

11                                ORDER

12      Based on these findings and pursuant to the stipulation of the parties, the Court

13 hereby adopts the stipulation of the parties in its entirety as its order.

14      **IT IS SO ORDERED.**

15
        Dated:  May 23, 2008
16

17                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

---

[2] Assistant United States Attorney Matthew D. Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.