```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 04-289 WBS |
|---|---|
| Plaintiff, | ) **UNOPPOSED REQUEST TO CONTINUE** |
| | ) **STATUS CONFERENCE AND APPOINT** |
| v. | ) **COUNSEL; [~~lodged~~] ORDER** |
| MICHAEL L. STEVENS, | ) |
| | ) Date:  June 23, 2008 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. WILLIAM B. SHUBB |

On May 5, 2008, a status conference was held at which Johnny L. Griffin, III, informed the Court that he would meet and confer with Mr. Stevens regarding the possible filing of a motion pursuant to 28 U.S.C. § 2255 and other matters. Mr. Griffin has done so and, because of a possible conflict of interest, he asked that the Office of the Federal Defender be appointed in his stead. The undersigned agreed to seek appointment but when discussing the case with government counsel, he learned for the first time that the Office of the Federal Defender might also have a conflict of interest. Accordingly, the undersigned has communicated with Joseph Wiseman, who has agreed to be appointed to represent Mr. Stevens. Mr. Wiseman requests that the status conference currently set for June 23, 2008 be continued to July 21, 2008, to

1  permit him to obtain and review Mr. Stevens' file.

2      Accordingly, the undersigned requests that the Court enter the
3  order lodged herewith appointing Mr. Wiseman to represent Mr. Stevens
4  and continuing the status conference to July 21, 2008.  The
5  government's attorney, Assistant United States Attorney Matthew D.
6  Segal, graciously indicated that he has no objection to continuing the
7  status conference.

8  Dated:  June 18, 2008

9                             Respectfully submitted,

10                            DANIEL J. BRODERICK
                           Federal Defender

13                            /s/ *David M. Porter*
                           DAVID M. PORTER
                           Assistant Federal Defender

15                                 **ORDER**

16     Pursuant to the request of the Office of the Federal Defender, and
17 good cause appearing therefor, the Court appoints Joseph L. Wiseman to
18 represent the defendant, Michael L. Stevens, pursuant to 18 U.S.C.
19 § 3006A(c).

20     The status conference set for June 23, 2008 is **CONTINUED** to July
21 21, 2008, at 8:30 a.m.

22 Dated:  June 19, 2008

                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE