MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:04-CR-289 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO EXTEND TIME IN |
| v. | ) | WHICH TO RESPOND TO |
| | ) | DEFENDANT'S MOTION FOR RETURN |
| MICHAEL STEVENS, | ) | OF PROPERTY |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The attached record indicates that $1,590.00 was administratively forfeited after notice to two attorneys and publication in the Wall Street Journal. The United States is working diligently to respond completely to the Defendant's

//

//

//

//

//

1

conclusory motion and requests that the Court allow the United States until December 23, 2008 to respond completely.

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: November 24, 2008       By:    /s/ Matt Segal
                                                         MATTHEW D. SEGAL
                                                          Assistant U.S. Attorney

                                                   **SO ORDERED.**

DATE:  November 25, 2008

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE