UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL L. STEVENS,

        Defendant.
                                   /

NO. CR. 04-00289 WBS

ORDER

----oo0oo----

        The court has received a form of Contract for Participation in Reentry Court, which the court has been asked to sign, indicating that it accepts defendant Michael Stevens into the Reentry Court. To the extent that this court has the discretion to permit this defendant to participate in the Reentry Court, the court declines to exercise that discretion. Accordingly, the court declines to sign the contract.

        IT IS SO ORDERED.

DATED: February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE