**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**Michael L. Stevens**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br><br>MICHAEL L. STEVENS,<br>            Defendant. | Case No. 2:04-cr-00289-WBS<br><br>**STIPULATION AND [PROPOSED ORDER] TO RESCHEDULE ADMIT DENY HEARING**<br><br>Date:  May 11, 1015<br>Time:  9:30 a.m.<br>Ctrm:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, Plaintiff, UNITED STATES OF AMERICA, through undersigned counsel, Amanda Beck, Assistant U. S. Attorney and Defendant, MICHAEL L. STEVENS ("Stevens"), through undersigned counsel, Joseph J. Wiseman, that the Admit/Deny Hearing, currently scheduled for May 11, 2015, at 9:30 a.m. in the above captioned case be vacated and reset to **June 8, 2015, at 9:30 a.m.**

The parties are entering into this stipulation to allow Mr. Stevens' counsel additional time to confer with the Sacramento District Attorney's Office and with Mr. Steven's state court attorney to negotiate an appropriate resolution of the pending state court charges that form the basis of the instant petition to revoke his present federal

post-conviction supervision.  According to the Sacramento County Superior Court website, the state case is currently scheduled for a settlement conference on May 7, 2015.

The parties have also consulted with U.S. Probation Officer Rebecca Fidelman. She would be available to attend Mr. Stevens' Admit/Deny Hearing on June 8, 2015.

IT IS SO STIPULATED.

Dated:  May 5, 2015

Respectfully submitted,
WISEMAN LAW GROUP, P.C.

By: ___/s/  Joseph J. Wiseman___
    JOSEPH J. WISEMAN

Attorney for Defendant
Michael L. Stevens

Dated: May 5, 2015

Benjamin B. Wagner
United States Attorney

By: /s/ Amanda Beck
    AMANDA BECK
    Assistant U.S. Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of all parties, IT IS ORDERED THAT the Admit/Deny Hearing now scheduled for May 11, 2015, at 9:30 a.m. is vacated and re-scheduled to **June 8, 2015, at 9:30 a.m.**

Dated:  May 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE