BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-289 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | |
| MICHAEL L. STEVENS, | DATE: June 29, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on June 29, 2015.

2. By this stipulation, the parties now jointly move to continue the admit/deny hearing to July 20, 2015.

3. The defendant is currently in federal custody.

4. The defendant is facing California state criminal charges on the conduct alleged in his supervised release petition. The California criminal case is pending and not expected to resolve before the parties' scheduled federal court appearance on Monday. The parties believe that the continuance will provide them with an opportunity to explore options for resolving the state and federal cases most efficiently.

5. The parties have also consulted with U.S. Probation Officer Rebecca Fidelman, and she does not object to the continuance.

IT IS SO STIPULATED.

Dated:  June 26, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  June 26, 2015

/s/ JOSEPH WISEMAN
JOSEPH WISEMAN
Counsel for Defendant
MICHAEL L. STEVENS

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 26, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING

2