**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**Michael L. Stevens**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL L. STEVENS,<br><br>          Defendant. | Case No. 2:04-cr-00289-WBS<br><br>**STIPULATION AND [PROPOSED ORDER] TO CONTINUE ADMIT DENY HEARING**<br><br>Date:  July 20, 2015<br>Time:  9:30 a.m.<br>Ctrm:  Hon. William B. Shubb |

     IT IS HEREBY STIPULATED by the parties, Plaintiff, UNITED STATES OF AMERICA, through undersigned counsel, Amanda Beck, Assistant U. S. Attorney and Defendant, MICHAEL L. STEVENS ("Stevens"), through undersigned counsel, Joseph J. Wiseman, that the Admit/Deny Hearing, currently scheduled for July 20, 2015, at 9:30 a.m. in the above captioned case be continued to **August 24, 2015, at 9:30 a.m.**

     The parties are entering into this stipulation to allow Mr. Stevens' counsel additional time to confer with the Sacramento District Attorney's Office and with Mr. Steven's state court attorney. According to the Sacramento County Superior Court website, the state case that forms the basis of Mr. Stevens' supervised release charge is

scheduled for a preliminary hearing on July 30, 2015. Given the nature and posture of Mr. Stevens' cases, the parties are exploring having his federal charge trail his state case. They expect to have more information by August 24, 2015. The parties understand that Probation Officer Rebecca Fidelman supports this approach.

IT IS SO STIPULATED.

Dated:  July 17, 2015                                Respectfully submitted,
                                                                        WISEMAN LAW GROUP, P.C.

                                                                        By:     /s/  Joseph J. Wiseman
                                                                                JOSEPH J. WISEMAN

                                                                        Attorney for Defendant
                                                                        Michael L. Stevens

Dated:  July 17, 2015                                Benjamin B. Wagner
                                                                        United States Attorney

                                                                        By: /s/ Amanda Beck
                                                                                AMANDA BECK
                                                                                Assistant U.S. Attorney

### ORDER

IT IS ORDERED THAT the Admit/Deny Hearing now scheduled for July 20, 2015, at 9:30 a.m. is continued to **August 24, 2015, at 9:30 a.m.**

Dated:  July 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE