1 | **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
2 |     1477 Drew Avenue, Suite 106
    Davis, California 95618
3 |     Telephone:  530.759.0700
    Facsimile:   530.759.0800
4 | **Attorney for Defendant**
**Michael L. Stevens**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:04-cr-00289-WBS |
|             Plaintiff,    ) | |
|     vs.                   ) | |
|                           ) | **STIPULATION AND [PROPOSED** |
| MICHAEL L. STEVENS,       ) | **ORDER] TO CONTINUE ADMIT** |
|             Defendant.    ) | **DENY HEARING** |
|                           ) | |
|                           ) | Date:  August 24, 2015 |
|                           ) | Time:  9:30 a.m. |
|                           ) | Ctrm:  Hon. William B. Shubb |

        IT IS HEREBY STIPULATED by the parties, Plaintiff, UNITED STATES OF AMERICA, through undersigned counsel, Amanda Beck, Assistant U. S. Attorney and Defendant, MICHAEL L. STEVENS ("Stevens"), through undersigned counsel, Joseph J. Wiseman, that the Admit/Deny Hearing, currently scheduled for August 24, 2015, at 9:30 a.m. in the above captioned case be continued to **November 2, 2015, at 9:30 a.m.**

        The parties are entering into this stipulation to allow Mr. Stevens' counsel additional time to confer with the Sacramento District Attorney's Office and with Mr.

Steven's state court attorney. According to the Sacramento County Superior Court website, the state case that forms the basis of Mr. Stevens' supervised release charge is scheduled for a preliminary hearing on August 20, 2015, however we are informed that it will be continued for several weeks. Given the nature and posture of Mr. Stevens' cases, the parties are exploring having his federal charge trail his state case. They expect to have more information by November 2, 2015. The parties understand that Probation Officer Rebecca Fidelman supports this approach.

IT IS SO STIPULATED.

Dated:  August 19, 2015                     Respectfully submitted,
                                            WISEMAN LAW GROUP, P.C.

                                            By:   /s/  Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN

                                            Attorney for Defendant
                                            Michael L. Stevens


Dated:  August 19, 2015                     Benjamin B. Wagner
                                            United States Attorney

                                            By: /s/ Amanda Beck
                                                AMANDA BECK
                                                Assistant U.S. Attorney


### ORDER

   IT IS ORDERED THAT the Admit/Deny Hearing now scheduled for August 24, 2015, at 9:30 a.m. is continued to **November 2, 2015, at 9:30 a.m.**

Dated:  August 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE