BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MICHAEL L. STEVENS,<br><br>                              Defendant. | CASE NO.  2:04-CR-289 WBS<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: March 28, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

       Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

       1.       By previous order, this matter was set for an admit/deny hearing on March 28, 2016.

       2.       By this stipulation, the parties now jointly move to continue the admit/deny hearing to April 25, 2016.

       3.       The defendant is facing California state criminal charges on the conduct alleged in his supervised release petition.

       4.       On December 16, 2014, U.S. Magistrate Judge Allison Claire ordered the defendant detained based on her finding that he posed a danger to the community.  Dkt. #97.  At the parties' last court appearance on November 16, 2015, they agreed to allow the federal matter to trail the state criminal case.  Dkt. #117.

5.     A California Superior Court has since issued a writ moving the defendant to state custody.  The writ specifies that the defendant shall remain in state custody until his state case is resolved, at which time he shall be returned to federal custody.

6.     On January 22, 2016, a California Superior Court ruled that there was probable cause to believe the defendant had committed the alleged state crime and held him to answer.  The defendant's trial is set for April 18, 2016.

7.     When defense counsel met with the defendant on Thursday, March 10, 2016, the defendant said that he would like to appear in federal court to discuss an issue with the Court.  Because the defendant is in state custody, the parties need to conduct legal and logistical research on whether and how this appearance might occur.  The parties believe that the continuance will provide them with an opportunity to conduct this research.

8.     Additionally, defense counsel, who is new to the case, would like to review the transcript from the parties' last court appearance on November 16, 2015.  He has placed an order for the transcript. This continuance should allow him to obtain a copy of the document and to review it with his client.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
ADMIT/DENY HEARING

1      9.     The parties have attempted to consult with U.S. Probation Officer Rebecca Fidelman.

2   She is out of the office until Tuesday, March 29, 2016.  Especially in light of the pending state charges,

3   Offer Fidelman has not previously objected to continuing this case.

4          IT IS SO STIPULATED.

5

6   Dated:  March 24, 2016                              BENJAMIN B. WAGNER
                                                        United States Attorney
7

8                                                        /s/ AMANDA BECK
                                                        AMANDA BECK
9                                                        Assistant United States Attorney

10

11  Dated:  March 24, 2016                              /s/ DAVID FISCHER
                                                        DAVID FISCHER
12                                                       Counsel for Defendant
                                                        MICHAEL L. STEVENS
13

14

15

16                                    **ORDER**

17          IT IS SO FOUND AND ORDERED.

18          Dated:  March 24, 2016

19

20                                                    WILLIAM B. SHUBB
                                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28