1  BENJAMIN B. WAGNER
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:04-CR-289 WBS

12                      Plaintiff,         STIPULATION AND [PROPOSED] ORDER TO
                                           CONTINUE ADMIT/DENY HEARING
13         v.
                                           DATE: April 25, 2016
14 MICHAEL L. STEVENS,                     TIME: 9:00 a.m.
                                           COURT: Hon. William B. Shubb
15                      Defendant.

16

17                            STIPULATION

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for an admit/deny hearing on April 25, 2016.

21         2.     By this stipulation, the parties now jointly move to continue the admit/deny hearing to

22 May 23, 2016 at 9:00 a.m.

23         3.     The defendant is facing California state criminal charges on the conduct alleged in his

24 supervised release petition.

25         4.     On December 16, 2014, U.S. Magistrate Judge Allison Claire ordered the defendant

26 detained based on her finding that he posed a danger to the community.  Dkt. #97.  At the parties' last

27 court appearance on November 16, 2015, they agreed to allow the federal matter to trail the state

28 criminal case.  Dkt. #117.

5.     A California Superior Court has since issued a writ moving the defendant to state custody.  The writ specifies that the defendant shall remain in state custody until his state case is resolved, at which time he shall be returned to federal custody.

6.     On January 22, 2016, a California Superior Court ruled that there was probable cause to believe the defendant had committed the alleged state crime and held him to answer.  The defendant's trial is set for May 2, 2016.

7.     When defense counsel met with the defendant on Thursday, March 10, 2016, the defendant said that he would like to appear in federal court to discuss an issue with the Court.  Because the defendant is in state custody, the parties need to conduct legal and logistical research on whether and how this appearance might occur.  The parties believe that the continuance will provide them with an opportunity to conduct this research.

8.     Additionally, defense counsel, who is new to the case, would like to review the transcript from the parties' last court appearance on November 16, 2015.  He has placed an order for the transcript. This continuance should allow him to review the transcript with his client.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

9.      U.S. Probation Officer Rebecca Fidelman is available to attend the admit/deny hearing on May 23, 2016.

IT IS SO STIPULATED.


Dated:  April 22, 2016                              BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ AMANDA BECK
                                                   AMANDA BECK
                                                   Assistant United States Attorney


Dated:  April 22, 2016                              /s/ DAVID FISCHER
                                                   DAVID FISCHER
                                                   Counsel for Defendant
                                                   MICHAEL L. STEVENS




                                    **ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 25, 2016

                                                   WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE