DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL STEVENS,<br><br>    Defendant. | No. 2:04-CR-289 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on August 15, 2016.

2. By this stipulation, the parties jointly move to continue the admit/deny hearing to August 22, 2016 at 9:00 a.m.

3. The next court date for Mr. Stevens in state court is August 4, 2016. Mr. Stevens's state court attorney is likely going to seek another continuance to conduct some additional investigation.

4. The defense in this case wishes to file a motion to terminate supervised release in light of the state court prosecution. The parties agree to the following briefing schedule:

      Defense brief is due August 1, 2016.

      Government opposition is due August 15, 2016.

      Defense optional reply brief due August 17, 2016.

      Hearing on the motion August 22, 2016 at 9:00 a.m.

4. The parties have consulted with U.S. Probation Officer Rebecca Fidelman, and she does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 29, 2016      PHILLIP A. TALBERT
      ACTING U.S. ATTORNEY

      by:   /s/ David D. Fischer for
      AMANDA BECK
      Assistant U.S. Attorney
      Attorney for Plaintiff

Dated: July 29, 2016      /s/ David D. Fischer
      DAVID D. FISCHER
      Attorney for Defendant
      MICHAEL STEVENS

## O R D E R

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2016

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE