DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Facsimile:    (916) 930-6482
Email:  davefischer@yahoo.com

Attorney for Defendant
MICHAEL STEVENS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>MICHAEL STEVENS,<br><br>         Defendant. | Case No.:  2:04-cr-289 WBS<br><br>**ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO TRANSPORT DEFENDANT TO COURT** |

   The defendant, MICHAEL STEVENS – X-REF 1581137, is currently in the custody of the Sacramento County Sheriff awaiting trial, as a defendant, in Sacramento Superior Court, case number 14F07786.  The defendant also has a supervised release violation pending in this Court.  The next court date in this Court is August 22, 2016, at 9:00 a.m. before the Hon. William B. Shubb.

   The United States Marshals Service is ordered to transport Mr. Stevens from the Sacramento Main Jail to this Court on August 22, 2016, to attend his court appearance. The United States Marshals Service is further ordered to return Mr. Stevens to the custody of the Sacramento County Sheriff immediately following his appearance.

- 2 -

1  Dated: August 17, 2016

2                                 Respectfully submitted,

3                                 /S/ David D. Fischer
4                                 DAVID D. FISCHER
                                 Attorney for Defendant
5                                 MICHAEL STEVENS

**IT IS SO ORDERED**

**Dated:  August 18, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE