DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL STEVENS,<br><br>    Defendant. | No. 2:04-CR-289 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for an admit/deny hearing on October 17, 2016.

   2.   By this stipulation, the parties jointly move to continue the admit/deny hearing to November 28, 2016.

   3.   The next court date for Mr. Stevens in state court is November 7, 2016, for a trial readiness conference.  The trial date is currently scheduled for November 14, 2016.

1

4.  The parties wish to continue the admit or deny hearing in this case until November 28, 2016, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: October 7, 2016                                    PHILLIP A. TALBERT
                                                          ACTING U.S. ATTORNEY

                                         by:    /s/ David D. Fischer for
                                                AMANDA BECK
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated: October 7, 2016                           /s/ David D. Fischer
                                                 DAVID D. FISCHER
                                                 Attorney for Defendant
                                                 MICHAEL STEVENS

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: October 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE