DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:04-CR-289 WBS |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | ) |
| MICHAEL STEVENS, | ) |
| Defendant. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 28, 2016.

2. By this stipulation, the parties jointly move to continue the admit/deny hearing to December 19, 2016.

3. The next court date for Mr. Stevens in state court is November 21, 2016, for a trial readiness conference. The trial date is currently scheduled for November 28, 2016.

1

4. The parties wish to continue the admit or deny hearing in this case until December 19, 2016, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  November 18, 2016             PHILLIP A. TALBERT
                                            ACTING U.S. ATTORNEY

                              by:     /s/ David D. Fischer for
                                                     AMANDA BECK
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Dated:  November 18, 2016                      /s/  David D. Fischer
                                                        DAVID D. FISCHER
                                                        Attorney for Defendant
                                                        MICHAEL STEVENS

## O R D E R

IT IS SO FOUND AND ORDERED.

Dated:  November 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE