BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-289 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | DATE: December 19, 2016 |
| MICHAEL L. STEVENS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on December 19, 2016.

2. By this stipulation, the parties now jointly move to continue the admit/deny hearing to January 9, 2017 at 9:00 a.m.

3. The defendant is facing California state criminal charges for the conduct alleged in his supervised release petition. To resolve that case, the parties expect that the defendant will plead to a state charge on December 19, 2016, and be sentenced to the equivalent of time-served. Upon doing so, the defendant will continue to be held on his federal detention order.

4. After the defendant enters his state court plea, the next available federal court date is January 9, 2017. The parties would like to appear on that date and expect that the defendant will likely

admit to a Supervised Release violation on that day.  The intervening time should allow United States Probation Officer Rebecca Fidelman to update the defendant's supervised release petition as needed.

IT IS SO STIPULATED.

Dated:  December 16, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  December 16, 2016

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
MICHAEL L. STEVENS

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING

2