UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 0 9 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-04-0289-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **MICHAEL L. STEVENS,** ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Michael L. Stevens** Case CR S-04-0289-01 WBS from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

___ Unsecured bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Defendant was sentenced to a term of TIME SERVED.

Issued at Sacramento, CA on January 9, 2017 at 9:35 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing